UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.:   1:18-cv-20579-MGC

DAYAMI HERNANDEZ , individually, and
DAYAMI HERNANDEZ and JESSICA
FERNANDEZ, as Co-Personal Representatives
of the Estate of M.A.F.,

    Plaintiffs,

vs.

UNITED STATES OF AMERICA,

    Defendant.
_____/

## PLAINTIFFS' NOTICE OF ENTRY OF PARTIES

The Plaintiffs, DAYAMI HERNANDEZ , individually, and DAYAMI HERNANDEZ and JESSICA FERNANDEZ, as Co-Personal Representatives of the Estate of M.A.F., by and through their undersigned counsel, give notice of the entry through Plaintiffs' Amended Complaint (D.E. 23) of the following additional party Plaintiff:

1.     Jessica Fernandez, as Co-Personal Representative of the Estate of M.A.F.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served this 3rd day of August, 2018 on all counsel of record on the Service List below via email.

    MALLARD & SHARP, P.A.
    Attorney for Plaintiffs
    7700 N. Kendall Drive, Suite 303
    Miami, FL 33156
    Tel: (305) 461-4800
    Fax: (305) 397-2557

-2-

Email: bo@mslawcenter.com
Secondary: sally@mslawcenter.com

BY:    /s/  *Richard B. Sharp*
_____
 RICHARD B. SHARP
 Fla. Bar No.: 0269890

GELBER SCHACHTER & GREENBERG, P.A.
1221 Brickell Ave, Suite 2010
Miami, FL 33131
Tel: (305) 728-0950
Fax: (305) 728-0951
GERALD E. GREENBERG
Fla. Bar No. 440094
ggreenberg@gsgpa.com
FREDDY FUNES
Fla. Bar No. 87932
ffunes@gsgpa.com
ADAM M. SCHACHTER
Fla. Bar No. 647101
aschachter@gsgpa.com

## SERVICE LIST
## U.S.D.C. Case No. 1:18-cv-20579-MGC

Richard B. Sharp, Esq.
MALLARD & SHARP, P.A.
Attorney for Plaintiffs
7700 N. Kendall Drive, Suite 303
Miami, FL 33156
Tel: (305) 461-4800
Fax: (305) 397-2557
Email: bo@mslawcenter.com
Secondary: sally@mslawcenter.com

Adam M. Schachter, Esq.
Gerald E. Greenberg, Esq.
Freddy Funes, Esq.
GELBER SCHACHTER & GREENBERG, P.A.
Attorneys for Plaintiffs
1221 Brickell Ave., Ste. 2010
Miami, FL 33131
Tel: (305) 728-0950
Fax: (305) 728-0951
Email:  efilings@gsgpa.com

Lawrence Rosen, Esq.
Assistant U.S. Attorney
UNITED STATES ATTORNEY'S OFFICE
Attorney for Defendant
99 N.E. 4th
Miami, FL 33132
Tel: (305) 961-9321
Email:  Larry.Rosen@usdoj.gov