UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.:  1:18-cv-20579-MGC

DAYAMI HERNANDEZ, individually, and DAYAMI
HERNANDEZ and JESSICA FERNANDEZ,
as Co-Personal Representatives of the
Estate of M.A.F., a minor,

    Plaintiffs,

vs.

UNITED STATES OF AMERICA,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that the undersigned parties have agreed to a settlement of the above-referenced matter and that attached are: Stipulation for Compromise and Release of Federal Tort Claims Act Claims pursunat to 28 U.S.C. § 2677, State Probate Court Order on Approval of Settlement, and Proposed Order Approving Settlement on Behalf of Plaintiff and the Estate of M.A.F.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system on April 18, 2019, and the foregoing document is being served this day on all counsel of record on the Service List below via transmission of Electronic Filing generated by CM/ECF, and via email.

      MALLARD & SHARP, P.A.
      Attorney for Plaintiffs
      7700 N. Kendall Drive, Suite 303
      Miami, FL 33156
      Tel: (305) 461-4800
      Fax: (305) 397-2557
      Email: bo@mslawcenter.com
      Secondary:sally@mslawcenter.com

BY:   /s/ Richard B. Sharp
      _____
      RICHARD B. SHARP
      Fla. Bar No.: 0269890

      GELBER SCHACHTER & GREENBERG, P.A.
      1221 Brickell Ave, Suite 2010
      Miami, FL 33131
      Tel: (305) 728-0950
      Fax: (305) 728-0951
      GERALD E. GREENBERG
      Fla. Bar No. 440094
      ggreenberg@gsgpa.com
      FREDDY FUNES
      Fla. Bar No. 87932
      ffunes@gsgpa.com
      ADAM M. SCHACHTER
      Fla. Bar No. 647101
      aschachter@gsgpa.com

**SERVICE LIST**
**U.S.D.C. Case No. 1:18-cv-20579-MGC**

**Richard B. Sharp, Esq.**
**MALLARD & SHARP, P.A.**
**Attorney for Plaintiffs**
7700 N. Kendall Drive, Suite 303
Miami, FL 33156
Tel: (305) 461-4800
Fax: (305) 397-2557
Email: bo@mslawcenter.com
Secondary: sally@mslawcenter.com

**Adam M. Schachter, Esq.**
**Gerald E. Greenberg, Esq.**
**Freddy Funes, Esq.**
**GELBER SCHACHTER & GREENBERG, P.A.**
**Attorneys for Plaintiffs**
1221 Brickell Ave., Ste. 2010
Miami, FL 33131
Tel: (305) 728-0950
Fax: (305) 728-0951
Email:  efilings@gsgpa.com

**Lawrence Rosen, Esq.**
**Assistant U.S. Attorney**
**UNITED STATES ATTORNEY'S OFFICE**
**Attorney for Defendant**
99 N.E. 4th
Miami, FL 33132
Tel: (305) 961-9321
Email:  Larry.Rosen@usdoj.gov

**Charles S. White, Esq.**
**Assistant U.S. Attorney**
**UNITED STATES ATTORNEY'S OFFICE**
99 N.E. 4th Street
Suite 300
Miami, FL 33132
Tel: (305) 961-9286
Email: Charles.White@usdoj